IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSHUA DUDLEY,** | : | |
| Plaintiff | : | |
| | : | No. 1:20-cv-523 |
| v. | : | |
| | : | (Judge Rambo) |
| **SCI CAMP HILL (PRISON),** *et al.*, | : | |
| Defendants | : | |

# ORDER

**AND NOW**, on this 7th day of May 2020, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Plaintiff's second amended complaint (Doc. No. 13) is **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii);

2. Plaintiff may file a third amended complaint with respect to his constitutional claims as set forth against individuals at SCI Camp Hill in accordance with the standards set forth in the Memorandum accompanying this Order. Plaintiff may not amend his claims against SCI Camp Hill (Prison);

3. The Clerk of Court is directed to mail Plaintiff a civil rights complaint form;

4. Plaintiff's motion to compel (Doc. No. 12) is **DENIED without prejudice** as premature; and

5. If Plaintiff fails to file a third amended complaint within thirty (30) days of the date of this Order, the Court will dismiss this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

                                                  s/ Sylvia H. Rambo
                                                  United States District Judge