IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSHUA DUDLEY,** : | |
|     **Plaintiff** : | |
| : | No. 1:20-cv-523 |
| v. : | |
| : | (Judge Rambo) |
| **SCI CAMP HILL (PRISON),** *et al.*, : | |
|     **Defendants** : | |

# ORDER

**AND NOW**, on this 5th day of October 2020, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Defendants' motion for summary judgment (Doc. No. 23) is **DEEMED withdrawn**;

2. Defendants' motion to dismiss (Doc. No. 23) is **GRANTED IN PART** and **DENIED IN PART**, as follows:

   a. The motion (Doc. No. 23) is **GRANTED** with respect to Plaintiff's Eighth Amendment claim concerning the denial of medical care for bedbug bites;

   b. The motion (Doc. No. 23) is **DENIED** as to all other claims for relief;

3. Defendants are directed to file an answer to Plaintiff's remaining claims within fourteen (14) days of the date of this Order; and

4. The parties are directed to complete discovery within six (6) months of the date on which Defendants file their answer.

                                                s/ Sylvia H. Rambo
                                                United States District Judge